UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
AUG 18 2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MICHAEL J. MYERS, | CIV 14-4121 |
| Plaintiff, | |
| vs. | ORDER |
| JASON M. GANT, in his official capacity as Secretary of State for the State of South Dakota, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending are Plaintiff's motion for a preliminary injunction (doc. 9) and Defendant's motion to dismiss (doc. 12). The issues have been fully briefed and a hearing was held on the motions on Monday, August 18, 2014. For the reasons given orally at the August 18, 2014 hearing,

IT IS ORDERED:

1. That Defendant's motion to dismiss is denied.

2. That Plaintiff's motion for a preliminary injunction and the declaratory relief sought by Plaintiff are granted in that the Defendant is ordered to recognize the withdrawal of Caitlin Collier and to place Laura Hubbel's name on the general election ballot as Myers' lieutenant governor running mate.

Dated this 18th day of August, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY