UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
SEP 1 0 2014
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MICHAEL J. MYERS, | CIV 14-4121 |
| Plaintiff, | |
| vs. | JUDGMENT |
| JASON M. GANT, in his official capacity as Secretary of State for the State of South Dakota, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Memorandum Opinion and Order granting Plaintiff's motion for a preliminary injunction,

IT IS ORDERED, ADJUDGED and DECREED that Defendant is ordered to recognize the withdrawal of Caitlin Collier and to place Laura Hubbel's name on the general election ballot as Michael Myers' lieutenant governor running mate.

Dated this 10th day of September, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
           DEPUTY